## AFTERWARDS IN THE
### *Term of May*, 1786, (p. 128.)

*Moore Furman, Eſq.* Agent of Forfeitures for the County of Hunterdon—*againſt*

### *John Eauhouſe, In Detinue.*

This action having been brought by Agreement of Par‑ ties under the Direction of the Court, to try the Proper‑ ty of a certain Negro Prime, and a Verdict and Judg‑ ment having paſſed in favor of the Plaintiff, *It is ordered* by the Court, on the Motion of Mr. Houſton for the Plaintiff, that the ſaid Negro Prime now in the Cuſtody of the Sheriff of Hunterdon, agreeably to an Order of

this Court of May Term laft, be delivered to the faid Moore Furman, Efq. Agent of Forfeitures for the County of Hunterdon.*